Case No.   CV 17-6567-MWF (KS)                                   Date: July 5, 2018

Title   *Timothy J. Johnson v. D. Asuncion*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 4, 2017, Petitioner, a California state prisoner proceeding *pro se*, filed a First Amended Petition For Writ Of Habeas Corpus ("Petition"). (Dkt. No. 8.) On December 15, 2017, the Court ordered Respondent to respond to the Petition and set deadlines for filing, *inter alia*, a Motion to Dismiss and an Opposition to any Motion to Dismiss. (Dkt. No. 9.) On January 25, 2018, Respondent filed a Motion to Dismiss (the "Motion"). (Dkt. No. 12.) Pursuant to the Court's December 15, 2017 Order, Petitioner's Opposition to that Motion was due within 30 days of the service of the Motion – that is, no later than February 24, 2018. (*See* Dkt. No. 9 at 3.)

On March 13, 2018, after more than two weeks had passed and no Opposition was received, the Court ordered Petitioner to show cause why the action should not be dismissed for failure to prosecute and comply with court orders. (Dkt. No. 13.) On March 13, 2018, Petitioner responded with a request for an extension of time to file the Opposition. (Dkt. No. 15.) On March 19, 2018, the Court granted Petitioner's request and ordered Petitioner to file the Opposition no later than April 18, 2018. (Dkt. No. 17.) On April 11, 2018, Petitioner sought a second extension of time. (Dkt. No. 18.) On April 16, 2018, the Court granted Petitioner's second request and ordered Petitioner to file the Opposition no later than June 17, 2018. (Dkt. No. 19.) The Court also warned Petitioner that no further extensions would be granted in the absence of extraordinary circumstances. (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 17-6567-MWF (KS)                                    Date: July 5, 2018
Title      Timothy J. Johnson v. D. Asuncion

Nevertheless, more than two weeks have now passed since Petitioner's June 17, 2018 deadline for filing the Opposition, and Petitioner has not filed a response to the Motion to Dismiss. Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion to Dismiss and to timely comply with the Court's orders.

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before July 26, 2018** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner's response to this OSC must include either: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing extraordinary circumstances, *i.e.* circumstances other than lockdowns and other regular incidents of prison life, justifying Petitioner's failure to timely respond to the Motion to Dismiss.

Alternatively, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that his failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CL |